1  KENNETH S. GAINES, ESQ. SBN 049045
   ken@gaineslawfirm.com
2  DANIEL F. GAINES, ESQ. SBN 251488
   daniel@gaineslawfirm.com
3  ALEX P. KATOFSKY, ESQ. SBN 202754
   alex@gaineslawfirm.com
4  **GAINES & GAINES, APLC**
   21550 Oxnard Street, Suite 980
5  Woodland Hills, CA 91367
   Telephone: (818) 703-8985
6  Facsimile:  (818) 703-8984

7  Attorneys for Plaintiff DANNY McCRARY

8  RONALD W. BROWN, ESQ. SBN 107340
   rbrown@cookbrown.com
9  CARRIE E. BUSHMAN, ESQ. SBN 18613
   cbushman@cookbrown.com
10 MEG E. WILSON, ESQ. SBN 278386
   mwilson@cookbrown.com
11 COOK BROWN, LLP
   Telephone:   (916) 442-3100
12 Facsimile:    (916) 442-4277

13 Attorneys for Defendant
   CAMBELL SOUP SUPPLY COMPANY, L.L.C.
14

15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| DANNY McCRARY, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CAMPBELL SOUP SUPPLY COMPANY L.L.C., a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01332-GEB-KJN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT** |

# RECITALS

A. WHEREAS, DANNY McCRARY ("Plaintiff ") filed his Original Complaint in San Joaquin County Superior Court on June 3, 2013;

B. WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") in San Joaquin County Superior Court on June 27, 2013;

C. WHEREAS, on or about July 3, 2013, Defendant removed the action to this Court;

D. WHEREAS, Defendant answered the First Amended Complaint on July 23, 2013;

E. WHEREAS, Defendants contend that Plaintiff improperly named a non-employing entity as an additional defendant in the action;

F. WHEREAS, following confirmatory discovery, the parties have agreed to permit Plaintiff to file a Second Amended Complaint (SAC) which dismisses defendant Campbell Soup Company from the action and adds a claim for failure to pay wages due at separation pursuant to Labor Code §§ 201-203.  The proposed SAC (with redline changes from the FAC) is attached hereto as **Exhibit A**.

**THEREFORE**, the parties do STIPULATE AND AGREE as follows;

1. Plaintiff's SAC shall be the operative complaint in this matter;
2. Plaintiff's SAC shall be deemed filed upon entry of the Order on this Stipulation; and
3. Defendant shall have thirty (30) days to respond to the SAC, to commence upon entry of this Order.

**IT IS SO STIPULATED:**

Dated: October 2, 2013

                                         */s/ Alex P. Katofsky*
                                         ALEX P. KATOFSKY
                                         GAINES & GAINES, APLC
                                         Attorneys for Plaintiff DANNY McCRARY

Dated: October 2, 2013

                                         */s/ Carrie E. Bushman*
                                         CARRIE E. BUSHMAN
                                         COOK BROWN, LLP
                                         Attorneys for Defendant
                                         CAMPBELL SOUP SUPPLY COMPANY

## **ORDER**

Upon reading the forgoing Stipulation, and good cause appearing, therefore,

IT IS ORDERED THAT

1. Plaintiff's SAC shall be the operative complaint in this matter;

2. Plaintiff's SAC shall be deemed filed upon entry of the Order on this Stipulation; and

3. Defendant shall have thirty (30) days to respond to the SAC, to commence upon entry of this Order.

**SO ORDERED**.

Dated:  October 2, 2013

                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge