UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCRARY, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CAMPBELL SOUP SUPPLY COMPANY L.L.C., a Delaware limited liability company,<br><br>　　　　Defendant[*]. | No.　2:13-cv-01332-GEB-KJN<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

　　　　The status (pretrial scheduling) conference scheduled for hearing on October 28, 2013, is vacated since the parties' Joint Status Report filed on October 11, 2013 ("JSR") indicates the following Order should issue.

### DISMISSAL OF DOE DEFENDANTS

　　　　Since Plaintiff has not justified Doe defendants remaining in this action, Does 1-10 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed July 3, 3013, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

---

[*]　　　The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

MOTION FOR CLASS CERTIFICATION

Plaintiffs' proposed briefing schedule concerning whether this putative class action should be certified as a class action is adopted as follows: The motion for class certification shall be filed no later than May 1, 2014, which shall be noticed for hearing on the earliest available regularly scheduled law and motion hearing date.

SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

Other than the referenced possible class certification, no further service, joinder of parties, or amendments to pleadings is permitted, except with leave of Court for good cause shown.

SCHEDULING FURTHER STATUS REPORT

Further, the Status (Pretrial Scheduling) Conference set for October 28, 2013, is continued to August 18, 2014, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated: October 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2