RONALD W. BROWN, ESQ. (SBN 107340)
BARBARA A. COTTER, ESQ. (SBN 142590)
CARRIE E. BUSHMAN, ESQ. (SBN 186130)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
T.:  916.442.3100 | F.:  916.442.4227
rbrown@cookbrown.com
bcotter@cookbrown.com
cbushman@cookbrown.com

Attorneys for Defendant CAMPBELL SOUP SUPPLY COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCRARY, on behalf of himself and all others similarly situated, and on behalf of the, general public , <br><br>   Plaintiff, <br><br>   v. <br><br> CAMPBELL SOUP SUPPLY COMPANY, LLC, a Delaware limited liability company, CAMPBELL SOUP COMPANY, a New Jersey corporation, AND DOES 1 -10 inclusive, <br><br>   Defendants. | Case No. 2:13-cv-01332-GEB-KJN <br><br> **[PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER TO ALLOW DEFENDANT CAMPBELL SOUP SUPPLY COMPANY TO FILE A FIRST AMENDED ANSWER TO THE SECOND AMENDED COMPLAINT [FRCP 15; FRCP 16; ED LOCAL RULE 220]** <br><br> Action Filed: June 3, 2013 |

WHEREAS the Second Amended Complaint in this matter was filed October 3, 2013; and

WHEREAS, Defendant, Campbell Soup Supply Company LLC ("Campbell Supply") filed an answer to the Second Amended Complaint on November 1, 2013; and

WHEREAS, in the Pretrial Scheduling Order dated October 23, 2013, this Court provided that no further amendments to pleadings would be permitted except with leave of Court for good cause shown; and

**ORDER MODIFYING THE SCHEDULING ORDER TO ALLOW DEFENDANT TO FILE A FIRST AMENDED ANSWER TO THE SECOND AMENDED COMPLAINT**

WHEREAS, the attached Declaration of Counsel establishes good cause for filing an amended answer; and

WHEREAS plaintiff, through his counsel, has no objections to the filing of the amended answer; and

WHEREAS, the initial pretrial scheduling conference in this matter was continued to August 18, 2014, and, as such, the parties have not yet exchanged initial disclosures or propounded formal discovery, and no trial has been scheduled, so that the proposed amendment will not prejudice any party; and

WHEREAS there has been no undue delay in seeking Court approval;

The Court hereby enters the following order:

1. The Scheduling Order is hereby modified to allow for the filing of the proposed First Amended Answer to the Second Amended Complaint;

2. Defendant shall cause the First Amended Answer to be filed within ten days of the entry of this Order.

IT IS SO ORDERED.

Dated: January 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

APPROVED AS TO FORM:

DATED: <u>January 27, 2014</u>          _____/s/Daniel Gaines_____
                                                          DANIEL GAINES
                                                   COUNSEL FOR PLAINTIFF

**ORDER MODIFYING THE SCHEDULING ORDER TO ALLOW DEFENDANT TO FILE A FIRST AMENDED ANSWER TO THE SECOND AMENDED COMPLAINT**

G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\Amended Answer - Stip & Order.docx

2