1  KENNETH S. GAINES, ESQ. SBN 049045
   ken@gaineslawfirm.com
2  DANIEL F. GAINES, ESQ. SBN 251488
   daniel@gaineslawfirm.com
3  ALEX P. KATOFSKY, ESQ. SBN 202754
   alex@gaineslawfirm.com
4  **GAINES & GAINES, APLC**
   21550 Oxnard Street, Suite 980
5  Woodland Hills, CA 91367
   Telephone: (818) 703-8985
6  Facsimile:  (818) 703-8984

7  Attorneys for Plaintiff DANNY McCRARY

8  RONALD W. BROWN, ESQ. SBN 107340
   rbrown@cookbrown.com
9  BARBARA A. COTTER, ESQ. SBN 142590
   bcotter@cookbrown.com
10 CARRIE E. BUSHMAN, ESQ. SBN 18613
   cbushman@cookbrown.com
11 MEG E. WILSON, ESQ. SBN 278386
   mwilson@cookbrown.com
12 **COOK BROWN, LLP**
   Telephone:    (916) 442-3100
13 Facsimile:    (916) 442-4277

14 Attorneys for Defendant
   CAMBELL SOUP SUPPLY COMPANY, L.L.C.
15

16                **UNITED STATES DISTRICT COURT**

17                **EASTERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19  DANNY McCRARY, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>21                Plaintiffs,<br><br>22       v.<br><br>23  CAMPBELL SOUP SUPPLY COMPANY L.L.C., a Delaware limited liability company,  and DOES 1 through 10, inclusive,<br><br>25                Defendants. | Case No.: 2:13-cv-01332-GEB-KJN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION** |

26

27

28

## RECITALS

A. WHEREAS, Plaintiff filed his Original Complaint in San Joaquin County Superior Court on June 3, 2013;

B. WHEREAS, Plaintiff filed his First Amended Complaint in San Joaquin County Superior Court on June 27, 2013;

C. WHEREAS, on or about July 3, 2013, Defendant removed the action to this Court;

D. WHEREAS, Defendant answered the First Amended Complaint on July 23, 2013;

E. WHEREAS, following the parties' filing of their Joint Status Report on October 11, 2013, the Court issued its Status (Pretrial Scheduling) Order which, among other things, set a deadline of May 1, 2014 for which Plaintiff is to file his motion for class certification;

F. WHEREAS, over the past several months, the parties have met and conferred on numerous issues including, but not limited to, informal discovery and potential resolution. As a result of this meet and confer, the parties have agreed to participate in private mediation with noted class action mediator Lisa Klerman, Esq. on May 6, 2014 in San Francisco, California. Based on this agreement to mediate, the parties believe it is within the best interest of the Court, the parties and their counsel to continue the class certification filing deadline by 100 days to allow the parties to utilize their time and resources toward a potential class-wide resolution of the matter, rather than law and motion.

**BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED** as follows:

1. Plaintiff's deadline to file his motion for class certification is continued from May 1, 2014 to August 9, 2014.

\\
\\
\\
\\

Case 2:13-cv-01332-GEB-KJN   Document 29   Filed 04/11/14   Page 3 of 3

**IT IS SO STIPULATED.**

Dated: April 10, 2014

                          */s/ Alex P. Katofsky*
                          ALEX P. KATOFSKY
                          GAINES & GAINES, APLC
                          Attorneys for Plaintiff DANNY McCRARY

Dated: April 10, 2014

                          */s/ Barbara A. Cotter (as authorized on 4/8/14)*
                          BARBARA A. COTTER
                          COOK BROWN, LLP
                          Attorneys for Defendant
                          CAMPBELL SOUP SUPPLY COMPANY

## **ORDER**

Upon reading the forgoing Stipulation,

**IT IS ORDERED THAT:**

1. Plaintiff's deadline to file his motion for class certification is continued from May 1, 2014 to August 9, 2014.

**IT IS SO ORDERED**.

Dated: April 10, 2014

                          _____
                          GARLAND E. BURRELL, JR.
                          Senior United States District Judge

JOINT STIPULATION AND ORDER CONTINUING DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION     3.     Case No.: 2:14-cv-01332-GEB-KJN