KENNETH S. GAINES, ESQ. SBN 049045
ken@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
**GAINES & GAINES, APLC**
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile:  (818) 703-8984
Attorneys for Plaintiff DANNY McCRARY

RONALD W. BROWN, ESQ. SBN 107340
rbrown@cookbrown.com
BARBARA A. COTTER, ESQ. SBN 142590
bcotter@cookbrown.com
CARRIE E. BUSHMAN, ESQ. SBN 18613
cbushman@cookbrown.com
MEG E. WILSON, ESQ. SBN 278386
mwilson@cookbrown.com
**COOK BROWN, LLP**
Telephone:     (916) 442-3100
Facsimile:      (916) 442-4277
Attorneys for Defendant
CAMBELL SOUP SUPPLY COMPANY, L.L.C.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McCRARY, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CAMPBELL SOUP SUPPLY COMPANY L.L.C., a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01332-GEB-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT** |

STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT

## RECITALS

1.      Plaintiff Danny McCrary ("Plaintiff") commenced this action by filing a class action complaint in the Superior Court of the State of California in and for the County of San Joaquin (the "State Court") on or about June 3, 2013 against Campbell Soup Supply Company, LLC ("Defendant").  Plaintiff's complaint alleged causes of action for (1) Failure to provide meal periods or compensation in lieu thereof (Cal. Labor Code §§ 226.7, 512), (2) Failure to Pay All Wages (Cal. Labor Code §§ 510, 1194), (3) Knowing and Intentional Failure to Comply With Itemized Employee Wage Statement Provisions (Cal. Labor Code § 226(a), (e), and Violations of Business and Professions Code § 17200.

2.      On June 27, 2013, Plaintiff filed his First Amended Complaint, which added a second cause of action for Penalties Pursuant to Labor Code § 2699(f) for Violations of Labor Code §§ 226(a), 226.7, 510 and 1194.

3.      On July 3, 2013, Defendant removed this matter to this Court based on the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d) ("CAFA") and diversity of citizenship.

4.      On October 3, 2013, Plaintiff filed his Second Amended Complaint, which added a cause of action for Failure to Pay Wages Due at Separation of Employment (Cal. Labor Code §§ 201-203).

5.      Defendant answered the Second Amended Complaint on November 1, 2013.

6.      The parties have met and conferred and agree that at this time the amount placed in controversy by Plaintiff's complaint does not meet the jurisdictional minimum (e.g. $75,000 for Plaintiff's individual claims, or $5,000,000 for Plaintiff's putative class claims pursuant to CAFA).  Plaintiff has agreed he will not seek more than $75,000 for plaintiff's individual claims or $5 million for Plaintiff's putative class claims pursuant to CAFA once the case is remanded to state court.

7.      The parties agree that the proposed remand herein shall not affect Defendant's right to remove the action again if Plaintiff tries to avoid this amount in controversy stipulation.

STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT

**STIPULATION**

NOW, THEREFORE, Plaintiff and Defendant, by and through their attorneys of record, hereby stipulate and agree that at this time there is less than $75,000 in controversy between Plaintiff individually and Defendant, and less than $5,000,000 in controversy between the proposed class and Defendant and, as a result, traditional diversity jurisdiction and CAFA jurisdiction by this Court at this time are not appropriate.  Based thereon, the parties further stipulate that the action shall immediately be remanded  to the Superior Court for the State of California, County of San Joaquin.

**SO STIPULATED.**

Dated: June 18, 2014

*/s/ Alex P. Katofsky*
ALEX P. KATOFSKY
GAINES & GAINES, APLC
Attorneys for Plaintiff DANNY McCRARY

Dated: June 18, 2014

*/s/ Barbara A. Cotter (as authorized on 6/4/14)*
BARBARA A. COTTER
COOK BROWN, LLP
Attorneys for Defendant
CAMPBELL SOUP SUPPLY COMPANY

STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT

1

## <u>ORDER</u>

2      This case is remanded to the Superior Court for the State of California, in the County

3   of San Joaquin.

4      **Dated:  June 18, 2014**

5

6

7      GARLAND E. BURRELL, JR.

8      Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT